01

02

03

04

05

06

07

08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09   UNITED STATES OF AMERICA,                    )
                                                 )
10           Plaintiff,                          )
                                                 )   Case No. CR05-0281-JLR-JPD
11           v.                                  )
                                                 )
12   GONZALO RODRIGUEZ,                           )   DETENTION ORDER
                                                 )
13           Defendant.                          )
     _____        )

14

Offense charged:

15

       Conspiracy to distribute methamphetamine, cocaine, and heroin, in violation of 21

16

U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

17

Date of Detention Hearing:     July 26, 2005

18

       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19

based upon the factual findings and statement of reasons for detention hereafter set forth,

20

finds:

21

       FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22

       (1)     Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

23

defendant is a flight risk and a danger to the community based on the nature of the pending

24

charges.  Defendant has not overcome these presumptions.

25

       (2)     Defendant has stipulated to detention, but reserves the right to contest his

26

DETENTION ORDER                                                            15.13
18 U.S.C. § 3142(i)                                                        Rev. 1/91
PAGE 1

01 continued detention if there is a change in circumstances.

02     IT IS THEREFORE ORDERED:

03     (1)     Defendant shall be detained pending trial and committed to the custody of the

04             Attorney General for confinement in a correction facility separate, to the extent

05             practicable, from persons awaiting or serving sentences or being held in

06             custody pending appeal;

07     (2)     Defendant shall be afforded reasonable opportunity for private consultation

08             with counsel;

09     (3)     On order of a court of the United States or on request of an attorney for the

10             government, the person in charge of the corrections facility in which defendant

11             is confined shall deliver the defendant to a United States Marshal for the

12             purpose of an appearance in connection with a court proceeding; and

13     (4)     The Clerk shall direct copies of this Order to counsel for the United States, to

14             counsel for the defendant, to the United States Marshal, and to the United

15             States Pretrial Services Officer.

16
        DATED this 26th day of July, 2005.
17

18     _James P. Donohue_____

19     JAMES P. DONOHUE
       United States Magistrate Judge

20

21

22

23

24

25

26

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                              Rev. 1/91
PAGE 2